UNITED STATES BANKRUPTCY COURT
District of Maine

*Hearing Scheduled*
*Date: July 21, 2010*
*Time: 9:00*
*Location: Portland*
*Objection Date: July 14, 2010*

IN RE:

ALESSANDRA PAGE

    Debtor

CHAPTER 13
CASE NO. 09-21493

**ORDER GRANTING DEBTOR'S MOTION TO STRIP LIEN**

UPON Debtor's Motion to Strip Liens, and after opportunity to be heard, and for good cause shown, it is hereby

ORDERED that the second mortgage lien of National Bank of Kansas City in Debtor's residence is hereby avoided, subject to Debtor's receipt of a Chapter 13 discharge. Said lien shall be discharged upon Debtor's receipt of her Chapter 13 discharge.

Dated: Sept. 9, 2010

/s/ James B. Haines, Jr.
**The Honorable James B. Haines,
Judge, U.S. Bankruptcy Court**